**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DEMETRIUS BAILEY, | : | No. 54 WM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JUDGE WILLIAM R. CUNNINGHAM, | : | |
| ERIE COUNTY COURTHOUSE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2017, the Application for Leave to File Original Process is GRANTED, the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED, and the Prothonotary is DIRECTED to strike the name of the jurist from the caption.